Daniel M. Cislo, Esq., No. 125,378
    *dan@cislo.com*
Mark D. Nielsen, Esq., No. 210,023
    *mnielsen@cislo.com*
CISLO & THOMAS LLP
1333 2nd Street, Suite 500
Santa Monica, California 90401-4110
Telephone: (310) 451-0647
Telefax: (310) 394-4477

Attorneys for Defendant,
DISPENSING DYNAMICS
INTERNATIONAL CORP.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDCO PLASTICS, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ALLYNCE, INC. a California corporation; CASSANDRA SAMANO, an individual; RALPH DUDLEY, an individual; DISPENSING DYNAMICS INTERNATIONAL, INC. erroneously sued as DYNAMIC DISPENSING INTERNATIONAL, INC., previously known as PERRIN MANUFACTURING, INC. ; and DOES 1 through 10<br><br>　　　　Defendants. | CASE NO. SACV 12-1168 JVS (JPRx)<br><br>[Hon. James V. Selna]<br><br>**DISPENSING DYNAMICS INTERNATIONAL'S NOTICE OF *IN CAMERA* SUBMISSION OF UNREDACTED BILLING STATEMENTS IN SUPPORT OF MOTION FOR ATTORNEYS' FEES** |

# NOTICE OF *IN CAMERA* SUBMISSION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT pursuant to this Court's tentative order regarding Dispensing Dynamics International's ("DDI") motion for attorneys' fees, and the Court's oral instructions at the June 10, 2013 hearing on DDI's motion for attorneys' fees, DDI hereby gives notice that it is submitting for *in camera* review unredacted copies of its billing statements to the Court in connection with its motion for attorneys' fees.

The billing statements were provided to the Court during the June 10, 2013 hearing, and are also being delivered to the Court, for *in camera* review for purposes of ruling on DDI's motion for attorneys' fees.

Respectfully submitted:
CISLO & THOMAS LLP

Dated: June 11, 2013

By: /s/Daniel M. Cislo
Daniel M. Cislo, Esq.
Mark D. Nielsen, Esq.
Attorneys for Defendant,
DISPENSING DYNAMICS
INTERNATIONAL, INC.

**PROOF OF SERVICE**

I hereby certify that on June 11, 2013, I caused to be electronically filed the foregoing document with the clerk of court for the U.S. District Court, Central District of California, using the electronic case filing system of the court. The electronic case filing system sent a Notice of Electronic Filing to the following attorney of record who has consented in writing to accept this Notice as service of this document by electronic means:

David R. Flyer, Esq.
A Professional Law Corporation
4120 Birch St., Suite 101
Newport Beach, California 92660
(949) 622-8444
(949) 622-8448 (fax)
DavidFlyerPLC@aol.com

Eric B. Alspaugh
Law Office of Eric B. Alspaugh
1100 Quail Street, Suite 202
Newport Beach, California 92660
(949) 716-5932 (office)
Eric.Alspaugh@cox.net

☒ **FEDERAL**: I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on June 11, 2013, at Santa Monica, California.

/s/Daniel M. Cislo
Daniel M. Cislo

2