Daniel M. Cislo, Esq., No. 125,378
  *dan@cislo.com*
Mark D. Nielsen, Esq., No. 210,023
  *mnielsen@cislo.com*
CISLO & THOMAS LLP
1333 2nd Street, Suite 500
Santa Monica, California 90401-4110
Telephone:  (310) 451-0647
Telefax:  (310) 394-4477

Attorneys for Defendant,
DISPENSING DYNAMICS
INTERNATIONAL CORP.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDCO PLASTICS, INC., a California corporation,<br><br>            Plaintiff,<br><br>       vs.<br><br>ALLYNCE, INC. a California corporation; CASSANDRA SAMANO, an individual; RALPH DUDLEY, an individual; DISPENSING DYNAMICS INTERNATIONAL, INC. erroneously sued as DYNAMIC DISPENSING INTERNATIONAL, INC., previously known as PERRIN MANUFACTURING, INC. ; and DOES 1 through 10<br><br>            Defendants. | CASE NO. SACV 12-1168 JVS (JPRx)<br><br>[Hon. James V. Selna]<br><br>**AMENDED JUDGMENT BETWEEN EDCO PLASTICS, INC. AND DISPENSING DYNAMICS INTERNATIONAL** |

# [PROPOSED] AMENDED JUDGMENT

Plaintiff EDCO Plastics, Inc.'s ("EDCO") breach of contract and fraud claims against Defendant Dispensing Dynamics International ("DDI") came for hearing before the Court on January 7, 2013 and March 18, 2013, respectively, Hon. James A. Selna, District Judge, presiding. EDCO's breach of contract and fraud claims were presented to the Court on Motions to Dismiss pursuant to Fed.R.Civ.P. 12(b)(6) and 12(b)(1), respectively. The matters being fully briefed, the evidence having been fully considered, the issues having been duly heard, oral argument having been duly received, and decisions having been duly rendered in opinions dated January 7, 2013 (Docket No. 46) and March 18, 2013 (Docket No. 63),

IT IS ORDERED AND ADJUDGED that EDCO take nothing in this Court as to its claims against DDI, and that the action be dismissed (with prejudice as to EDCO's breach of contract claim against DDI, and without prejudice as to EDCO's fraud claim against DDI), and that, for purposes of this action, in this Court, DDI is the prevailing party on both of EDCO's claims against DDI.

IT IS FURTHER ORDERED AND ADJUDGED, based on DDI's motion for attorneys' fees and costs, and the Court's ruling thereon, that DDI shall be awarded $147,342.69 in attorneys' fees and costs.

Date: July 18, 2013

_____
Hon. James V. Selna
United States District Judge

T:\12-27001\Proposed Amended Judgment.doc

**PROOF OF SERVICE**

I hereby certify that on July 15, 2013, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Central District of California, using the electronic case filing system of the court. The electronic case filing system sent a Notice of Electronic Filing to the following attorney of record who has consented in writing to accept this Notice as service of this document by electronic means:

David R. Flyer, Esq.
A Professional Law Corporation
4120 Birch St., Suite 101
Newport Beach, California 92660
(949) 622-8444
(949) 622-8448 (fax)
DavidFlyerPLC@aol.com

Eric B. Alspaugh
Law Office of Eric B. Alspaugh
1100 Quail Street, Suite 202
Newport Beach, California 92660
(949) 716-5932 (office)
Eric.Alspaugh@cox.net

☒ **FEDERAL**: I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on July 15, 2013, at Santa Monica, California.

/s/Stephanie Diaz-Sandoval
Stephanie Diaz-Sandoval