JS - 6

# IN THE UNITED STATE DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDCO PLASTICS, INC., A California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALLYNCE, INC., A California Corporation; CASSANDRA SAMANO, an individual; RALPH DUDLEY, an individual; DISPENSING DYNAMICS INTERNATIONAL, A California Corporation, previously known as PERRIN MANUFACTURING COMPANY, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. SACV12-1168 JVS (JPRx)<br><br>**ORDER OF DISMISSAL** |

BASED on the stipulation of the parties it is hereby ORDERED, ADJUDGED AND DECREED that all claims of all parties against other parties in the above-described action shall be and are hereby dismissed with prejudice and without costs to any party.

DATED: November 7, 2013   BY: _____
Hon. James V. Selna
United States District Court Judge